**IN THE UNITED STATE DISTRICT COURT
NOTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** ) ) ) ) | **MDL No. 2804** |
| | **JUDGE DAN AARON POLSTER** |
| THIS DOCUMENT RELATES TO: ) | **CASE NO. 1:17-op-45069-DAP** |
| *Henderson County Fiscal Court, on Behalf of Henderson County v. AmerisourceBergen Drug Corporation, et al.* ) ) ) | |

**PLAINTIFF'S NOTICE OF FILING WAIVERS OF SERVICE**

COMES NOW Plaintiff Henderson County Fiscal Court, on Behalf of Henderson County, by and through undersigned counsel, and gives Notice of Filing Waivers of Service pursuant to Federal Rule of Civil Procedure 4(d), attached as Composite Exhibit A, against the following Defendants:

Mallinckrodt LLC

Endo Health Solutions Inc.

Endo Pharmaceuticals Inc.

Johnson & Johnson

Janssen Pharmaceutica Inc., n/k/a Janssen Pharmaceuticals, Inc.

Janssen Pharmaceuticals, Inc.

Ortho-McNeil-Janssen Pharmaceuticals, Inc., n/k/a Janssen Pharmaceuticals, Inc.

Noramco, Inc.

Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.

Actavis LLC

Cephalon, Inc.

1

Purdue Pharma, Inc.; The Purdue Frederick Company, Inc.; Purdue Pharma L.P.

Teva Pharmaceuticals USA, Inc.

Watson Laboratories, Inc.

| | |
|---|---|
| Dated: May 2, 2019 | RESPECTFULLY SUBMITTED: |
| | */s/ Peter J. Mougey*_____<br>Peter J. Mougey, Esq.<br>LEVIN, PAPANTONIO, THOMAS<br>MITCHELL, RAFFERTY & PROCTOR, P.A.<br>316 South Baylen Street, Suite 600<br>Pensacola, FL 32502-5996<br>Telephone: (850) 435-7068<br>Facsimile: (850) 436-6068 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2019, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

*/s/ Peter J. Mougey*_____
Peter J. Mougey, Esq.